# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RTAE HOLDINGS LLC, a Texas limited liability company | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.  23-00507 RGA |
| INFINITY STONE VENTURES CORP., f/k/a CONTAKT WORLD TECHNOLOGIES CORP., a British Columbia, Canada corporation | ) ) ) ) ) | |
| Defendant. | ) ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff RTAE Holdings LLC states that RTAE has no parent corporation and no publicly held corporation owning 10% or more of its stock.

| | |
|---|---|
| *~of counsel~* | CLARK HILL PLC |
| | */s/ Margaret M. DiBianca* |
| Michael P. Croghan, Esq., *admitted pro hac vice* | Margaret M. DiBianca, Esq. (No. 4539) |
| Nicole Prefontaine, Esq., *admitted pro hac vice* | 824 N. Market Street, Ste. 710 |
| 130 E. Randolph Street, Ste. 3900 | Wilmington, DE  19801 |
| Chicago, ILL 60601 | T:  (302) 250-4748 |
| T:  (312) 985-5900 | E:  mdibianca@clarkhill.com |
| mcroghan@clarkhill.com | |
| nprefontaine@clarkhill.com | |
| Dated:     June 16, 2023 | *Attorneys for Plaintiff* |

271922382.v1